UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PATRICK ALLEN TAYLOR,

        Plaintiff,                      Case No. 1:12-cv-281

v.                                        Honorable Paul L. Maloney

CHAD H. WILLIAMS et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  May 11, 2012                              /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge