UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD PATRICK ALLEN TAYLOR,

        Plaintiff,        Case No. 1:12-cv-281

v.        Honorable Paul L. Maloney

CHAD H. WILLIAMS et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action under 42 U.S.C. §§ 1983, 1985, and 1986, be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e (c).

IT IS FURTHER ORDERED that Plaintiff's action under state law be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3).


Dated:   December 12, 2012        /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge